# COMPOSITE EXHIBIT 1

43380091;1

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)

 

# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

## BAPTIST HOSPITAL OF MIAMI INC ET AL VS MEDICA HEALTH CARE PLANS INC

**Local Case Number:** 2018-038504-CA-01

**Filing Date:** 11/14/2018

**State Case Number:** 132018CA038504000001

**Case Type:** Contract & Indebtedness

**Consolidated Case No.:** N/A

**Judicial Section:** CA06

**Case Status:** OPEN



| 👥 Parties | Number of Parties: 6 ➕ |
|---|---|

| 🔧 Hearing Details | Number of Hearing: 0 ➕ |
|---|---|

| 🔖 Dockets | Dockets Retrieved: 10 ➖ |
|---|---|

Export to ▼

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 9 | 12/11/2018 | | Notice of Appearance | Event | |
| 📄 | 8 | 12/04/2018 | | Service Returned | Event | |
| | | 11/26/2018 | | 20 Day Summons Issued | Service | |
| | 7 | 11/21/2018 | | Receipt: | Event | RECEIPT#:3470116 AMT PAID:$10.00 NAME:LINES, MATTHEW L ISICOFF, RASATZ & KOENIGSBERG 601 BRICKELL KEY DR MIAMI FL 33131-3257 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH |
| 📄 | 6 | 11/20/2018 | | ESummons 20 Day Issued | Event | *Parties: Medica Health Care PlaNs Inc* |
| 📄 | 5 | 11/16/2018 | | (A) 20 Day (C) Summons (Sub) Received | Event | |
| | 4 | 11/16/2018 | | Receipt: | Event | RECEIPT#:3410246 AMT PAID:$401.00 NAME:LINES, MATTHEW L ISICOFF, RASATZ & KOENIGSBERG 601 BRICKELL KEY DR MIAMI FL 33131-3257 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING AC |
| 📄 | 3 | 11/14/2018 | | Request for Production | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 2 | 11/14/2018 | | Complaint | Event | |
| | 1 | 11/14/2018 | | Civil Cover | Event | |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)  |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Clerk's Home (http://www.miami-dadeclerk.com/home.asp)  |
Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)  |
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)  |  (http://www.miamidade.gov)
Contact Us (http://www.miami-dadeclerk.com/contact.asp)  |
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

Filing # 80806102 E-Filed 11/14/2018 04:08:23 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

---

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Baptist Hospital of Miami, Inc., South Miami Hospital, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc.,</u>
<u>West Kendall Baptist Hospital, Inc.</u>
 Plaintiff
           vs.
<u>Medica Health Care Plans, Inc.</u>
Defendant

---

**II.     TYPE OF CASE**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐   Business governance
   ☐   Business torts
   ☐   Environmental/Toxic tort
   ☐   Third party indemnification
   ☐   Construction defect
   ☐   Mass tort
   ☐   Negligent security
   ☐   Nursing home negligence
   ☐   Premises liability – commercial
   ☐   Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
   ☐   Commercial foreclosure $0 - $50,000
   ☐   Commercial foreclosure $50,001 - $249,999
   ☐   Commercial foreclosure $250,000 or more
   ☐   Homestead residential foreclosure $0 – 50,000
   ☐   Homestead residential foreclosure $50,001 - $249,999
   ☐   Homestead residential foreclosure $250,000 or more
   ☐   Non-homestead residential foreclosure $0 - $50,000

☐   Non-homestead residential foreclosure $50,001 - $249,999
☐   Non-homestead residential foreclosure $250,00 or more
☐   Other real property actions $0 - $50,000
☐   Other real property actions $50,001 - $249,999
☐   Other real property actions $250,000 or more

☐ Professional malpractice
   ☐   Malpractice – business
   ☐   Malpractice – medical
   ☐   Malpractice – other professional
☐ Other
   ☐   Antitrust/Trade Regulation
   ☐   Business Transaction
   ☐   Circuit Civil - Not Applicable
   ☐   Constitutional challenge-statute or ordinance
   ☐   Constitutional challenge-proposed amendment
   ☐   Corporate Trusts
   ☐   Discrimination-employment or other
   ☐   Insurance claims
   ☐   Intellectual property
   ☐   Libel/Slander
   ☐   Shareholder derivative action
   ☐   Securities litigation
   ☐   Trade secrets
   ☐   Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☐  Non-monetary declaratory or injunctive relief;
☐  Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (      )**
(Specify)

<u>1) Breach of Contract 2) Unjust Enrichment/Breach of Implied-In-Law Contract 3) Promissory Estoppel 4) Claim for Benefits Under Contract by Assignee</u>

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☐  Yes
☒  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Matthew L Lines</u>        FL Bar No.: <u>243980</u>
Attorney or party                                                              (Bar number, if attorney)

<u>Matthew L Lines</u>        <u>11/14/2018</u>
(Type or print name)                        Date

 CT Corporation

**Service of Process Transmittal**
11/28/2018
CT Log Number 534481232

TO: Rebecca Thompson
UnitedHealth Group Incorporated (111504190770700600)
9900 Bren Rd E Ste 300W, MN008-T502
Minnetonka, MN 55343-9693

RE: **Process Served in Florida**

FOR: Medica HealthCare Plans, Inc.  (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BAPTIST HOSPITAL OF MIAMI, INC., et al., Pltfs. vs. MEDICA HEALTH CARE PLANS, INC., Dft. |
| **DOCUMENT(S) SERVED:** | summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 2018038504CA01 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/28/2018 at 12:42 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Matthew L. Lines<br>ISICOFF RAGATZ<br>601 Brickell Key Drive, Suite 750<br>Miami, FL 33131<br>305-373-3232 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/29/2018, Expected Purge Date: 12/29/2018<br><br>Image SOP<br><br>Email Notification,  Administrative Assistant  legalmail@uhg.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Page 1 of  1 / BV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Filing # 80947758 E-Filed 11/16/2018 05:09:25 PM

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION** ☒ CIVIL  ☐ OTHER ☐ DISTRICTS | **SUMMONS 20 DAY CORPORATE SERVICE** **(a) GENERAL FORMS** | **CASE NUMBER** 2018-038504-CA-01 |
| **PLAINTIFF(S)** BAPTIST HOSPITAL OF MIAMI, INC., DOCTORS HOSPITAL, INC., HOMESTEAD HOSPITAL, INC., SOUTH MIAMI HOSPITAL, INC., and WEST KENDALL BAPTIST HOSPITAL, INC. | **VS.  DEFENDANT(S)** MEDICA HEALTH CARE PLANS, INC. | **SERVICE** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on

defendant(s):         Medica Health Care Plans, Inc.

                By Serving its Registered Agent: CT Corporation System

                1200 South Pine Island Road

                Plantation, FL 33324

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney:    Matthew L. Lines
                Isicoff Ragatz

whose address is:      601 Brickell Key Drive, Suite 750

                Miami, FL 33131

**CLOCK IN**

within 20 days * **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days.*** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN** **CLERK of COURTS** | 36565  DEPUTY CLERK | **DATE** 11/20/2018 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314 Rev. 02/16                                    Clerk's web address: www.miami-dadeclerk.com

Filing # 80806102 E-Filed 11/14/2018 04:08:23 PM

### IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
### IN AND FOR MIAMI-DADE COUNTY, FLORIDA

BAPTIST HOSPITAL OF MIAMI, INC.,
SOUTH MIAMI HOSPITAL, INC.,
DOCTORS HOSPITAL, INC.,
HOMESTEAD HOSPITAL, INC., and
WEST KENDALL BAPTIST HOSPITAL, INC.,   **CIVIL DIVISION**

      Plaintiffs,           **CASE NO.:** 2018-038504-CA-01

vs.

MEDICA HEALTH CARE PLANS, INC.,

      Defendant.

_____/

### COMPLAINT

    Plaintiffs, Baptist Hospital of Miami, Inc., South Miami Hospital, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc., and West Kendall Baptist Hospital, Inc. (collectively referred to as the "Hospitals"), by and through their attorneys, bring this action against Defendant, Medica Health Care Plans, Inc. ("Medica"), and allege as follows:

### GENERAL ALLEGATIONS

*Nature of this Action*

1.    This action arises from Medica's failure to fully reimburse the Hospitals for medical services provided to Medica's members. Medica is obligated to reimburse the Hospitals pursuant to an agreement among the parties.

*Parties*

2.    The Hospitals are not-for-profit corporations organized and existing under the laws of the State of Florida with their principal places of business in Miami-Dade County, Florida.

3.   Medica is a for-profit corporation organized and existing under the laws of the State of Florida with its principal place of business in Miami-Dade County, Florida.

*Jurisdiction and Venue*

4.   This Court has subject matter jurisdiction over this matter as the amount in controversy exceeds $15,000.00, exclusive of interest, costs and attorneys' fees.

5.   Pursuant to Florida Statute § 47.051, venue is properly laid in Miami-Dade County, Florida because the Defendant has, or usually keeps, an office in the County and the causes of action set forth herein accrued in the County.

**FACTUAL BACKGROUND**

6.   There is a valid and binding contract among the Hospitals and Medica obligating Medica to reimburse the Hospitals for certain services provided to members of Medica's plans (the "Agreement").

7.   The Agreement provides it "shall be construed and enforced in accordance with the Laws of the State of Florida."

8.   The Agreement obligates Medica to "compensate [the Hospitals] for [Covered] Services furnished to [Medica's] members pursuant to this agreement and the rates and charges set for [in it.]"

9.   The Agreement defines Covered Services as "those health care services to which members are entitled to receive under the terms of [the member's plan], are Medically Necessary and for which [Medica] has the obligation to pay."

10.   The Agreement also provides that, "[Medica] shall not deny payment to [the Hospitals] for Covered Services for which [the Hospitals] have obtained prior Authorization, or for Emergency Services or Urgent Care Services."

2

11.     Pursuant to the Agreement, the Hospitals provided Covered Services to Medica's members in good faith and with the reasonable expectation that Medica would fully reimburse the Hospitals in accordance with the Agreement.

12.     Additionally, Medica's members each executed an "Assignment of Insurance Benefits" (the "Assignments") that "authorize[d] payment of . . . insurance benefits otherwise payable to [Medica's members] for the services provided . . . directly to [the Hospitals] and [their] affiliates, attending and consulting physicians and allied health professionals."

*The Partially Paid Claims (collectively "the Claims")*

13.     On March 12, 2017 through March 14, 2017, D.H. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 606169. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6169 Visit" or "6169 Account"].

14.     On March 14, 2017 through March 19, 2017, M.A. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 615205. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5205 Visit" or "5205 Account"].

15.     On February 26, 2017 through February 28, 2017, I.D. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 558058. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8058 Visit" or "8058 Account"].

16.     On April 3, 2017 through April 7, 2017, P.G. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following

3

identifying number, 684738. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4738 Visit" or "4738 Account"].

17.     On January 23, 2017 through January 29, 2017, D.D.L.T. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 473946. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3946 Visit" or "3946 Account"].

18.     On February 11, 2017 through February 17, 2017, E.F. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 521331. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "1331 Visit" or "1331 Account"].

19.     On March 5, 2017 through March 7, 2017, J.S. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 204225783. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5783 Visit" or "5783 Account"].

20.     On January 3, 2017 through January 9, 2017, M.R. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 430070. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0070 Visit" or "0070 Account"].

21.     On February 4, 2017 through February 13, 2017, E.C. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 504217. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4217 Visit" or "4217 Account"].

4

22.     On February 27, 2017 through March 2, 2017, P.A. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 536806. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6806 Visit" or "6806 Account"].

23.     On January 21, 2017 through January 23, 2017, M.H. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 469922. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "9922 Visit" or "9922 Account"].

24.     On July 18, 2017 through July 24, 2017, F.C. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1091117. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "1117 Visit" or "1117 Account"].

25.     On January 13, 2017 through January 17, 2017, M.R. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 452694. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "2694 Visit" or "2694 Account"].

26.     On April 23, 2017 through April 27, 2017, M.F. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 750799. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0799 Visit" or "0799 Account"].

27.     On June 24, 2017 through June 30, 2017, O.C. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following

identifying number, 983623. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3623 Visit" or "3623 Account"].

28.     On August 21, 2017 through August 28, 2017, P.T. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1231805. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "1805 Visit" or "1805 Account"].

29.     On September 22, 2017 through September 27, 2017, N.G. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1375680. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5680 Visit" or "5680 Account"].

30.     On May 8, 2017 through May 10, 2017, L.G. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 805167. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5167 Visit" or "5167 Account"].

31.     On July 18, 2017 through July 22, 2017, C.P. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1090725. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0725 Visit" or "0725 Account"].

32.     On March 3, 2017 through March 7, 2017, L.B. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 577765. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7765 Visit" or "7765 Account"].

33.   . . On January 8, 2017 through January 19, 2017, H.C. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 440125. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0125 Visit" or "0125 Account"].

34.      On February 14, 2017 through February 21, 2017, M.K. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 528228. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8228 Visit" or "8228 Account"].

35.      On March 27, 2017 through March 31, 2017, M.Q. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 660626. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0626 Visit" or "0626 Account"].

36.      On June 5, 2017 through June 9, 2017, J.F. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 904944. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4944 Visit" or "4944 Account"].

37.      On April 1, 2017 through April 5, 2017, R.R. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 679056. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "9056 Visit" or "9056 Account"].

38.      On May 2, 2017 through May 6, 2017, B.N. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following

7

identifying number, 204367163. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7163 Visit" or "7163 Account"].

39.    On November 2, 2017 through November 6, 2017, T.A. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1564065. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4065 Visit" or "4065 Account"].

40.    On April 12, 2017 through April 15, 2017, S.C. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 717297. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7297 Visit" or "7297 Account"].

41.    On October 9, 2017 through October 16, 2017, A.C. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1446841. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6841 Visit" or "6841 Account"].

42.    On August 7, 2017 through August 10, 2017, R.A. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1173001. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3001 Visit" or "3001 Account"].

43.    On January 13, 2017 through January 19, 2017, E.V. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 452909. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "2909 Visit" or "2909 Account"].

44.     On February 4, 2017 through February 7, 2017, L.A. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 503022. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3022 Visit" or "3022 Account"].

45.     On May 30, 2017 through June 3, 2017, M.A. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 886221. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6221 Visit" or "6221 Account"].

46.     On February 18, 2017 through February 25, 2017, M.C. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 539213. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "9213 Visit" or "9213 Account"].

47.     On May 22, 2017 through May 27, 2017, G.P. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 856330. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6330 Visit" or "6330 Account"].

48.     On August 16, 2017 through August 21, 2017, H.D. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1215494. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5494 Visit" or "5494 Account"].

49.     On July 20, 2017 through July 22, 2017, J.R. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following

identifying number, 1097098. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7098 Visit" or "7098 Account"].

50.     On September 22, 2017 through September 27, 2017, E.M. received and Baptist Hospital of Miami provided medical services. Baptist Hospital of Miami assigned to this account the following identifying number, 1373679. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3679 Visit" or "3679 Account"].

51.     On January 5, 2017 through January 9, 2017, J.M.P. received and Doctors Hospital provided medical services. Doctors Hospital assigned to this account the following identifying number, 305669608. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "9608 Visit" or "9608 Account"].

52.     On March 29, 2017 through March 30, 2017, I.P. received and Doctors Hospital provided medical services. Doctors Hospital assigned to this account the following identifying number, 305772576. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "2576 Visit" or "2576 Account"].

53.     On April 5, 2017 through April 10, 2017, M.Q. received and Doctors Hospital provided medical services. Doctors Hospital assigned to this account the following identifying number, 305780256. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0256 Visit" or "0256 Account"].

54.     On May 21, 2017 through May 26, 2017, E.M. received and Doctors Hospital provided medical services. Doctors Hospital assigned to this account the following identifying number, 850940. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0940 Visit" or "0940 Account"].

55.     On May 25, 2017 through May 31, 2017, M.B. received and Doctors Hospital provided medical services. Doctors Hospital assigned to this account the following identifying number, 868535. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8535 Visit" or "8535 Account"].

56.     On July 21, 2017 through July 26, 2017, M.A. received and Doctors Hospital provided medical services. Doctors Hospital assigned to this account the following identifying number, 1106007. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6007 Visit" or "6007 Account"].

57.     On June 25, 2017 through July 2, 2017, L.L. received and Doctors Hospital provided medical services. Doctors Hospital assigned to this account the following identifying number, 986923. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6923 Visit" or "6923 Account"].

58.     On April 18, 2017 through April 24, 2017, J.A.F. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 733958. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3958 Visit" or "3958 Account"].

59.     On March 13, 2017 through March 16, 2017, J.D.M. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 608645. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8345 Visit" or "8345 Account"].

60.     On July 17, 2017 through July 20, 2017, S.A. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number,

11

1083879. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3879 Visit" or "3879 Account"].

61. On June 19, 2017 through June 23, 2017, I.L. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 962254. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "2254 Visit" or "2254 Account"].

62. On September 20, 2017 through September 23, 2017, A.G. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 1365214. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5214 Visit" or "5214 Account"].

63. On November 22, 2017 through December 5, 2017, M.C. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 1654042. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4042 Visit" or "4042 Account"].

64. On September 19, 2017 through September 22, 2017, M.J. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 1357773. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7773 Visit" or "7773 Account"].

65. On August 22, 2017 through August 24, 2017, G.H. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 1240154. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0154 Visit" or "0154 Account"].

66.     On August 11, 2017 through August 13, 2017, A.R. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 1197988. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7988 Visit" or "7988 Account"].

67.     On May 1, 2017 through May 4, 2017, C.T. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 778034. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8034 Visit" or "8034 Account"].

68.     On August 27, 2017 through August 29, 2017, A.A. received and Homestead Hospital provided medical services. Homestead Hospital assigned to this account the following identifying number, 1260560. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0560 Visit" or "0560 Account"].

69.     On January 6, 2017 through January 10, 2017, J.V. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537051971. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "1971 Visit" or "1971 Account"].

70.     On January 12, 2017 through January 14, 2017, A.A. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537373110. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3110 Visit" or "3110 Account"].

71.     On January 18, 2017 through January 21, 2017, J.A. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following

13

identifying number, 537417172. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7172 Visit" or "7172 Account"].

72.     On February 9, 2017 through February 14, 2017, J.A. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 5377589426. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "9426 Visit" or "9426 Account"].

73.     On January 6, 2017 through January 9, 2017, S.N.N. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537327702. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7702 Visit" or "7702 Account"].

74.     On February 10, 2017 through February 13, 2017, B.C. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537592495. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "2495 Visit" or "2495 Account"].

75.     On February 2, 2017 through February 4, 2017, J.L. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537534075. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4075 Visit" or "4075 Account"].

76.     On February 21, 2017 through February 26, 2017, M.B. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537672719. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "2719 Visit" or "2719 Account"].

14

77.     On January 21, 2017 through January 24, 2017, N.B. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537443129. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3129 Visit" or "3129 Account"].

78.     On April 12, 2017 through April 19, 2017, J.J. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 717303. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "7303 Visit" or "7303 Account"].

79.     On May 3, 2017 through May 12, 2017, N.B. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 788813. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8813 Visit" or "8813 Account"].

80.     On February 16, 2017 through February 18, 2017, U.B. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 537622870. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "2870 Visit" or "2870 Account"].

81.     On April 23, 2017 through April 26, 2017, M.M.H. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 750445. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0445 Visit" or "0445 Account"].

82.     On August 9, 2017 through August 12, 2017, A.T. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following

identifying number, 1188181. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8181 Visit" or "8181 Account"].

83.    On January 8, 2018 through January 11, 2018, F.A. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 1868608. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8608 Visit" or "8608 Account"].

84.    On August 9, 2017 through August 17, 2017, D.H. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 1185546. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5546 Visit" or "5546 Account"].

85.    On March 19, 2017 through March 28, 2017, A.C. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 629400. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "9400 Visit" or "9400 Account"].

86.    On July 27, 2017 through August 1, 2017, I.C. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 1134323. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4323 Visit" or "4323 Account"].

87.    On November 24, 2017 through November 26, 2017, J.A. received and South Miami Hospital provided medical services. South Miami Hospital assigned to this account the following identifying number, 1661631. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "1631 Visit" or "1631 Account"].

88.     On April 19, 2017 through April 22, 2017, P.R. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204336481. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6481 Visit" or "6481 Account"].

89.     On February 28, 2017 through March 1, 2017, S.R. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204214415. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "4415 Visit" or "4415 Account"].

90.     On March 19, 2017 through March 21, 2017, L.B. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204261739. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "1739 Visit" or "1739 Account"].

91.     On March 8, 2017 through March 12, 2017, P.P. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204233738. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3738 Visit" or "3738 Account"].

92.     On July 6, 2017 through July 13, 2017, C.V. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 1038876. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "8876 Visit" or "8876 Account"].

17

93.     On March 6, 2017 through March 10, 2017, M.R.L. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204229702. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "9702 Visit" or "9702 Account"].

94.     On April 10, 2017 through April 13, 2017, R.P. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204315410. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "5410 Visit" or "5410 Account"].

95.     On February 8, 2017 through February 10, 2017, E.M.G. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204160394. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0394 Visit" or "0394 Account"].

96.     On March 31, 2017 through April 7, 2017, M.O.J. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204291959. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "1959 Visit" or "1959 Account"].

97.     On August 23, 2017 through August 27, 2017, E.R. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 1240960. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "0960 Visit" or "0960 Account"].

98.     On April 5, 2017 through April 8, 2017, J.A. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204303630. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3630 Visit" or "3630 Account"].

99.     On March 20, 2017 through March 23, 2017, P.T. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204263875. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "3875 Visit" or "3875 Account"].

100.    On March 19, 2017 through March 20, 2017, Q.A.R. received and West Kendall Baptist Hospital provided medical services. West Kendall Baptist Hospital assigned to this account the following identifying number, 204256259. [Hereinafter, this patient visit and corresponding account are referred to by the last four digits of this account number, the "6259 Visit" or "6259 Account"].

101.    Medica's members presented to the Hospitals for medical treatment and the Hospitals provided certain Covered Services to those members on the following dates, with the following account numbers and for which the following charges were incurred, pursuant to the Agreement:

| Initials | Dates of Service | Baptist Account Number | Medica Member Number | Amount Due |
|----------|------------------|------------------------|----------------------|------------|
| D.H. | March 12, 2017 through March 14, 2017 | 606169 | 915743514 | S7,101.90 |
| M.A. | March 14, 2017 through March 19, 2017 | 615205 | 915441475 | S6,313.40 |
| I.D. | February 26, 2017 through February 28, 2017 | 558058 | 928960947 | S6,982.03 |
| P.G. | April 3, 2017 through April 7, 2017 | 684738 | 933259336 | S11,820.00 |
| D.D.L.T. | January 23, 2017 through January 29, 2017 | 473946 | 900148278 | $10,905.76 |
| E.F. | February 11, 2017 through February 17, 2017 | 521331 | 941716428 | $6,313.40 |
| J.S. | March 5, 2017 through March 7, 2017 | 204225783 | 911986635 | $10,281.13 |
| M.R. | January 3, 2017 through January 9, 2017 | 430070 | 911550589 | $9,290.43 |
| E.C. | February 4, 2017 through February 13, 2017 | 504217 | 930887941 | $7,638.46 |
| P.A. | February 27, 2017 through March 2, 2017 | 536806 | 969737768 | $12,224.50 |
| M.H. | January 21, 2017 through January 23, 2017 | 469922 | 905068625 | $7,147.42 |
| F.C. | July 18, 2017 through July 24, 2017 | 1091117 | 963584715 | $11,053.31 |
| M.R. | January 13, 2017 through January 17, 2017 | 452694 | 917415149 | $5,871.09 |
| M.F. | April 23, 2017 through April 27, 2017 | 750799 | 966756814 | $8,160.28 |
| O.C. | June 24, 2017 through June 30, 2017 | 983623 | 928000928 | $11,053.31 |
| P.T. | August 21, 2017 through August 28, 2017 | 1231805 | 915149015 | $7,705.78 |
| N.G. | September 22, 2017 through September 27, 2017 | 1375680 | 913853245 | $6,771.20 |
| L.G. | May 8, 2017 through May 10, 2017 | 805167 | 946883479 | $5,895.45 |
| C.P. | July 18, 2017 through July 22, 2017 | 1090725 | 826037515 | $5,871.08 |
| L.B. | March 3, 2017 through March 7, 2017 | 577765 | 922357749 | $8,528.87 |

| H.C. | January 8, 2017 through January 19, 2017 | 440125 | 926251526 | $11,607.82 |
| M.K. | February 14, 2017 through February 21, 2017 | 528228 | 926409109 | $6,203.81 |
| M.Q. | March 27, 2017 through March 31, 2017 | 660626 | 956157293 | $6,982.03 |
| J.F. | June 5, 2017 through June 9, 2017 | 904944 | 977719902 | $10,453.30 |
| R.R. | April 1, 2017 through April 5, 2017 | 679056 | 932666995 | $7,705.78 |
| B.N. | May 2, 2017 through May 6, 2017 | 204367163 | 903658352 | $8,693.47 |
| T.A. | November 2, 2017 through November 6, 2017 | 1564065 | 933497470 | $8,297.42 |
| S.C. | April 12, 2017 through April 15, 2017 | 717297 | 908686450 | $7,546.15 |
| A.C. | October 9, 2017 through October 16, 2017 | 1446841 | 921423994 | $14,795.70 |
| R.A. | August 7, 2017 through August 10, 2017 | 1173001 | 918962209 | $5,895.59 |
| E.V. | January 13, 2017 through January 19, 2017 | 452909 | 905322837 | $7,280.11 |
| L.A. | February 4, 2017 through February 7, 2017 | 503022 | 933707359 | $6,205.71 |
| M.A. | May 30, 2017 through June 3, 2017 | 886221 | 942307428 | $5,895.45 |
| M.C. | February 18, 2017 through February 25, 2017 | 539213 | 979477802 | $6,642.27 |
| G.P. | May 22, 2017 through May 27, 2017 | 856330 | 913014763 | $18,452.24 |
| H.D. | August 16, 2017 through August 21, 2017 | 1215494 | 968054215 | $12,292.13 |
| J.R. | July 20, 2017 through July 22, 2017 | 1097098 | 933183849 | $10,236.66 |
| E.M. | September 22, 2017 through September 27, 2017 | 1373679 | 909122527 | $7,293.58 |
| | | | **Total Baptist Hospital of Miami: $329,408.02** | |

21

| Initials | Dates of Service | Baptist Account Number | Medica Member Number | Amount Due |
|---|---|---|---|---|
| J.A.F. | April 18, 2017 through April 24, 2017 | 733958 | 944313834 | $13,344.14 |
| J.D.M. | March 13, 2017 through March 16, 2017 | 608645 | 916383665 | $12,226.17 |
| S.A. | July 17, 2017 through July 20, 2017 | 1083879 | 919817232 | $8,999.05 |
| I.L. | June 19, 2017 through June 23, 2017 | 962254 | 949016313 | $8,548.04 |
| A.G. | September 20, 2017 through September 23, 2017 | 1365214 | 979141324 | $11,718.73 |
| M.C. | November 22, 2017 through December 5, 2017 | 1654042 | 939103931 | $11,361.11 |
| M.J. | September 19, 2017 through September 22, 2017 | 1357773 | 940896755 | $13,809.06 |
| G.H. | August 22, 2017 through August 24, 2017 | 1240154 | 867037292 | $7,925.55 |
| A.R. | August 11, 2017 through August 13, 2017 | 1197988 | 973705494 | $8,552.04 |
| C.T. | May 1, 2017 through May 4, 2017 | 778034 | 589147528A | $8,552.04 |
| A.A. | August 27, 2017 through August 29, 2017 | 1260560 | 978503975 | $9,177.84 |
| | | | Total Homestead Hospital : $114,213.77 | |

| Initials | Dates of Service | Baptist Account Number | Medica Member Number | Amount Due |
|---|---|---|---|---|
| J.M.P. | January 5, 2017 through January 9, 2017 | 305669608 | 941410177 | $8,217.59 |
| I.P. | March 29, 2017 through March 30, 2017 | 305772576 | 933535282 | $5,549.81 |
| M.Q. | April 5, 2017 through April 10, 2017 | 305780256 | 956157293 | $6,177.45 |
| E.M. | May 21, 2017 through May 26, 2017 | 850940 | 953152504 | $10,360.01 |
| M.B. | May 25, 2017 through May 31, 2017 | 868535 | 9695966216 | $6,177.45 |
| M.A. | July 21, 2017 through July 26, 2017 | 1106007 | 103344764A | $10,236.66 |
| L.L. | June 25, 2017 through July 2, 2017 | 986923 | 908823586 | $5,510.80 |
| | | | Total Doctors Hospital: $52,229.77 | |

| Initials | Dates of Service | Baptist Account Number | Medica Member Number | Amount Due |
|---|---|---|---|---|
| J.V. | January 6, 2017 through January 10, 2017 | 537051971 | 925035827 | $13,855.25 |
| A.A. | January 12, 2017 through January 14, 2017 | 537373110 | 932500884 | $15,632.65 |
| J.A. | January 18, 2017 through January 21, 2017 | 537417172 | 906045428 | $9,138.19 |
| J.A. | February 9, 2017 through February 14, 2017 | 5377589426 | 901166723 | $8,450.23 |
| S.N.N. | January 6, 2017 through January 9, 2017 | 537327702 | 966822016 | $3,088.93 |
| B.C. | February 10, 2017 through February 13, 2017 | 537592495 | 933878796 | $7,888.70 |
| J.L. | February 2, 2017 through February 4, 2017 | 537534075 | 903272135 | $7,107.69 |
| M.B. | February 21, 2017 through February 26, 2017 | 537672719 | 960308652 | $5,302.58 |
| N.B. | January 21, 2017 through January 24, 2017 | 537443129 | 975525845 | $8,353.25 |
| J.J. | April 12, 2017 through April 19, 2017 | 717303 | 26348 | $15,234.92 |
| N.B. | May 3, 2017 through May 12, 2017 | 788813 | 956186522 | $11,265.51 |
| U.B. | February 16, 2017 through February 18, 2017 | 537622870 | 901604485 | $7,143.96 |
| M.M.H. | April 23, 2017 through April 26, 2017 | 750445 | 951194185 | $9,138.19 |
| A.T. | August 9, 2017 through August 12, 2017 | 1188181 | 915845063 | $6,224.80 |
| F.A. | January 8, 2018 through January 11, 2018 | 1868608 | 933032482 | $8,215.19 |
| D.H. | August 9, 2017 through August 17, 2017 | 1185546 | 909203429 | $7,862.50 |
| A.C. | March 19, 2017 through March 28, 2017 | 629400 | 48820063D7 | $10,696.94 |
| I.C. | July 27, 2017 through August 1, 2017 | 1134323 | 594741547A | $13,317.86 |
| J.A. | November 24, 2017 through November 26, 2017 | 1661631 | 967580597 | $8,977.11 |
| | | | | **Total South Miami Hospital: $176,894.45** |

| Initials | Dates of Service | Baptist Account Number | Medica Member Number | Amount Due |
|---|---|---|---|---|
| P.R. | April 19, 2017 through April 22, 2017 | 204336481 | 946541834 | $10,260.76 |
| S.R. | February 28, 2017 through March 1, 2017 | 204214415 | 913640979 | $5,939.30 |
| L.B. | March 19, 2017 through March 21, 2017 | 204261739 | 904402827 | $5,721.72 |
| P.P. | March 8, 2017 through March 12, 2017 | 204233738 | 968317053 | $5,721.72 |
| C.V. | July 6, 2017 through July 13, 2017 | 1038876 | 947410511 | $14,078.39 |
| M.R.L. | March 6, 2017 through March 10, 2017 | 204229702 | 937952825 | $10,905.76 |
| R.P. | April 10, 2017 through April 13, 2017 | 204315410 | 964549257 | $10,905.76 |
| E.M.G. | February 8, 2017 through February 10, 2017 | 204160394 | 967505877 | $12,817.08 |
| M.O.J. | March 31, 2017 through April 7, 2017 | 204291959 | 948905119 | $27,012.30 |
| E.R. | August 23, 2017 through August 27, 2017 | 1240960 | 914955174 | $6,766.36 |
| J.A. | April 5, 2017 through April 8, 2017 | 204303630 | 939140069 | $12,817.08 |
| P.T. | March 20, 2017 through March 23, 2017 | 204263875 | 943829697 | $5,721.72 |
| Q.A.R. | March 19, 2017 through March 20, 2017 | 204256259 | 918526642 | $6,792.16 |
| | | | Total West Kendall Baptist Hospital: $135,460.11 | |
| | | | Total All Hospitals: $814,411.83 | |

102.    The Hospitals sought reimbursement for these claims but Medica denied full reimbursement to the Hospitals. The Hospitals then administratively appealed Medica's denials to no avail. Finally, the Hospitals provided Medica with final written demand for payment in full of the claims at issue. To date, Medica has not fully paid the Claims.

103.    All conditions precedent to this action have occurred, have been performed or waived or would be futile.

104.    The Hospitals have retained undersigned counsel to represent them in this action and are obligated to pay a reasonable fee therefor.

**COUNT I**
**(Breach of Contract)**

105.    The Hospitals incorporate by reference herein their allegations set forth in paragraphs 1 through 104 of this Complaint.

106.    At the time all Services were rendered, the patients were covered by one or more healthcare plans provided by Medica or its affiliates.

107.    There is a valid and binding agreement among the Hospitals and Medica with respect to payment for all Services.

108.    Medica expressly authorized all Services were Medically Necessary and Covered Services, or Medica's express pre-authorization was not required.

109.    Medica has breached the Agreement by denying the Hospitals' claims for full reimbursement of all Services, all of which were either expressly authorized as Medically Necessary and Covered Services or were claims where Medica's express pre-authorization was not required.

110.    Medica has breached the Agreement by failing to fully reimburse the Hospitals for all Services in accordance with the Agreement.

25

111.    Medica's breaches of the Agreement are material.

112.    Medica's breaches of the Agreement have damaged the Hospitals.

WHEREFORE, Plaintiffs, Baptist Hospital of Miami, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc., South Miami Hospital, Inc., and West Kendall Baptist Hospital, Inc., demand judgment in their favor and against Defendant, Medica Health Care Plans, Inc., for the full amount of their damages with respect to all Services, in an amount not less than $808,206.12, along with interest at the maximum rate allowed by law from the date of each claim to present and all costs of this proceeding, attorneys' fees and costs pursuant to contract and/or applicable law, and all other and such further relief as the Court deems appropriate under the circumstances.

### COUNT II
### (Unjust Enrichment/Breach of Implied-In-Law Contract)

113.    The Hospitals incorporate by reference herein their allegations set forth in paragraphs 12 through 100 of this Complaint.

114.    The Hospitals conferred a direct benefit on Medica by providing valuable medical services to members of Medica's healthcare plans with the authorization, knowledge, and/or approval of Medica.

115.    Each of the medical services were covered by one or more of Medica's plans, and the provision of medical services to the members directly benefits Medica by fulfilling Medica's duties to its members to provide for such medical services, including the Claims.

116.    In approving the Hospitals' provision of medical services to the members, Medica was aware that the Hospitals expected to be paid by Medica for those services at the reasonable value of those medical services in the marketplace under quantum merit.

117.    Medica's liability as the party responsible for payment to the Hospitals for services provided to the members of the healthcare plans administered by Medica is established by

26

Medica's approval of all services and payment for certain services, albeit in an amount less than what was owed, including the Claims.

118.    Medica voluntarily accepted, retained, and enjoyed the benefits conferred on it by the Hospitals, knowing that the Hospitals expected to be paid the reasonable value of their services.

119.    Medica has failed to pay the Hospitals for the reasonable value of the benefits conferred on Medica by the Hospitals. As a result, Medica has withheld for itself monies that it should have paid to the Hospitals and has received an unjustified windfall.

120.    By underpaying the Hospitals, Medica has been unjustly enriched. Under the circumstances, it is unjust and inequitable for Medica to retain the benefits it has received without paying the value of those benefits to the Hospitals.

WHEREFORE, Plaintiffs, Baptist Hospital of Miami, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc., South Miami Hospital, Inc., and West Kendall Baptist Hospital, Inc., demand judgment in their favor and against Defendant, Medica Health Care Plans, Inc., for the full amount of their damages, along with interest at the maximum rate allowed by law from the date of each claim to present and all costs of this proceeding, attorneys' fees and costs pursuant applicable law, and all other and such further relief as the Court deems appropriate under the circumstances.

## COUNT III
### (Promissory Estoppel)

121.    The Hospitals incorporate by reference herein their allegations set forth in paragraphs 1 through 104 of this Complaint.

122.    The patients for the Claims presented identification cards to the Hospitals, which cards had been provided to the patients by Medica for the purpose of presenting same to providers in connection with the solicitation and receipt of medical services from providers.

27

123.    The patients also informed the Hospitals that they were covered by Medica. The Hospitals contacted Medica and confirmed same.

124.    Medica knew and intended for the identification cards to be provided to and relied on by providers, such as the Hospitals, in providing medical services to the members, including for the Claims.

125.    Medica confirmed coverage and, in doing so, knew its confirmations would be relied on by providers, such as the Hospitals, in providing medical services to the members, including for the Claims.

126.    The Hospitals provided medical services in reliance on Medica's confirmations and identification cards, which confirmations and cards indicated that Medica would be responsible to pay the claims and did not disclaim or indicate in any way that the Hospitals would not be paid the reasonable value of their services.

127.    The Hospitals detrimentally relied on Medica's confirmations and identification cards by providing medical services without concomitantly seeking to obtain some sort of payment plan or other financial arrangement for the medical services, prior to discharge of the patients.

128.    Medica should be estopped from now taking a position that they are not responsible to pay the reasonable value of the medical services provided to the members by the Hospitals.

WHEREFORE, Plaintiffs, Baptist Hospital of Miami, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc., South Miami Hospital, Inc., and West Kendall Baptist Hospital, Inc., demand judgment in their favor and against Defendant, Medica Health Care Plans, Inc., for the full amount of their damages, along with interest at the maximum rate allowed by law from the date of each claim to present and all costs of this proceeding, attorneys' fees and costs pursuant to

28

contract and/or applicable law, and all other and such further relief as the Court deems appropriate under the circumstances.

## COUNT IV
### (Claim for Benefits Under Contract by Assignee)

129.  The Hospitals incorporate by reference herein their allegations set forth in paragraphs 1 through 104 of this Complaint.

130.  At the time all Services were rendered there existed a valid and enforceable agreement between Medica and its members.

131.  United's members assigned to the Hospitals their right to receive insurance benefits owed according to their contract with Medica or its affiliates.

132.  Medica expressly authorized all Services were Medically Necessary and Covered Services, or United's express pre-authorization was not required.

133.  Medica has breached the contracts with its members by failing to provide the full extent of insurance benefits owed in relation to the Services, all of which were either expressly authorized as Medically Necessary and Covered Services or were claims where United's express pre-authorization was not required.

134.  United's breaches are material.

135.  United's breaches have damaged the members and the Hospitals, as an assignee of the members' right to receive benefits.

WHEREFORE, Plaintiffs, Baptist Hospital of Miami, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc., South Miami Hospital, Inc., and West Kendall Baptist Hospital, Inc., demand judgment in their favor and against Defendant, Medica Health Care Plans, Inc., for the full amount of their damages, along with interest at the maximum rate allowed by law from the date of each claim to present and all costs of this proceeding, attorneys' fees and costs pursuant to

29

contract and/or applicable law, and all other and such further relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel.    (305) 373-3232
Fax    (305) 373-3233

By:    /s/Matthew L. Lines
          Eric D. Isicoff
          Florida Bar No. 372201
          isicoff@irlaw.com
          Matthew L. Lines
          Florida Bar No. 0243980
          lines@irlaw.com
          Jordan Isicoff
          Florida Bar No. 1004162
          Jordan@irlaw.com
          Christopher A. Ajizian
          Florida Bar No. 1010170
          Ajizian@irlaw.com

*Attorneys for Baptist Hospital of Miami, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc., South Miami Hospital, Inc., and West Kendall Baptist Hospital, Inc.*

30

Filing # 80806102 E-Filed 11/14/2018 04:08:23 PM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**BAPTIST HOSPITAL OF MIAMI, INC.,
DOCTORS HOSPITAL, INC.,
HOMESTEAD HOSPITAL, INC.,
SOUTH MIAMI HOSPITAL, INC., and
WEST KENDALL BAPTIST HOSPITAL, INC.,**     **CIVIL DIVISION**

      **Plaintiffs,**     **CASE NO.:** 2018-038504-CA-01

vs.

**MEDICA HEALTH CARE PLANS, INC.,**

      **Defendant.**

_____/

## FIRST REQUEST FOR PRODUCTION TO DEFENDANT, MEDICA HEALTH CARE PLANS, INC.

    Plaintiff, Baptist Hospital of Miami, Inc., (the "Hospital"), by and through its undersigned

counsel and pursuant to Rule 1.350, *Florida Rules of Civil Procedure*, hereby serves its First

Request for Production on Defendant, Medica Health Care Plans, Inc. ("Medica"). Unless a written

objection is timely served, documents and things responsive to these requests must be produced,

or made available for inspection and copying, within the time prescribed by the *Florida Rules of

Civil Procedure*.

[Intentionally Left Blank]

Respectfully submitted,

ISICOFF RAGATZ
601 Brickell Key Drive
Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

By: s/ Matthew L. Lines
      Eric D. Isicoff
      Fla. Bar No. 372201
      Matthew L. Lines
      Florida Bar No. 0243980
      Christopher A. Ajizian
      Florida Bar No. 1010170

*Counsel for Plaintiffs, Baptist Hospital of Miami, Inc., Doctors Hospital, Inc., Homestead Hospital, Inc., South Miami Hospital, Inc., and West Kendall Baptist Hospital, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served along with original process and pleadings.

/s/Matthew L. Lines
Matthew L. Lines

## DEFINITIONS AND INSTRUCTIONS

(a)     The terms "you," "your" or "Medica" shall refer to Defendant, Medica Health Care of Florida, Inc., and its affiliates.

(b)     The term "Hospitals" shall refer to Plaintiffs, Baptist Hospital of Miami, Inc, Doctors Hospital, Inc., Homestead Hospital, Inc., South Miami Hospital, Inc., and West Kendall Baptist Hospital, Inc.

(c)     The term "Accounts" shall refer to the Baptist Hospital of Miami identify account numbers referred to in paragraphs 13 through 100 of the Complaint.

(d)     The term "Medical Services" shall refer to the medical care provided by the Plaintiffs to patients, as discussed in paragraphs 13 through 100 of the Complaint.

(e)     The terms and phrases defined in the complaint shall be deemed as used herein to have the same definitions as is ascribed to those terms in the Complaint.

(f)     The term "document" shall include the original (or, if the information called for cannot be provided as to the original, then each and every copy, duplicate and reproduction) of any medium upon which or from which intelligence or information can be recorded or retrieved, including, but not limited to, all physical forms of correspondence, appointment records, computations, computer printouts, contracts, diaries, drafts of documents, entries, estimates, evaluations, financial analyses, financial statements, inspection reports, intraoffice and interoffice communications, invoices, letters, meeting reports, memoranda, notes and memoranda of all conversations including telephone calls, minutes, orders, receipts, records of accounts, reports, statements, statistical records, studies, summaries, writings, or work papers which are within your possession, custody or control or that of your attorneys, experts, accountants, insurers, agents, officers or directors, wherever located. In all cases where a document is in a language other than English, all translations and material related to each and every translation of such documents also shall be considered to be documents.

(g)     "Person" includes a corporation, partnership, joint venturer, firm, voluntary or unincorporated association, other business association or entity, proprietorship, trust, estate, governmental agency, board, authority, commission, bureau, department or such other entity, and a natural person in any capacity whatsoever.

(h)     The singular shall be deemed to include the plural, and the masculine gender to include the feminine or neuter, where the context or circumstances so require or permit. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

(i)     The words "and" and "or" shall, where the circumstances so permit, be construed either conjunctively or disjunctively to bring within the scope of these document requests any information which might otherwise be construed to be outside their scope.

(j)     If you believe that any of the discovery requests herein call for information subject to a claim of privilege, then answer so much as is not objected to, specify that part of each discovery request as to which you object, and set forth the specific basis for your claim of privilege concerning the information you refuse to give, including a statement identifying the nature of the information withheld, and provide a privilege log that complies with your obligations under the *Florida Rules of Civil Procedure*.

(k)     These document requests require supplemental or amended answers and shall be deemed to be continuing requests for supplemental answers. Any responsive information acquired or discovered subsequent to serving of initial responses shall be submitted in a supplemental filing.

(l)     Each of these definition and/or instructions shall be fully applicable to each document request, notwithstanding that a definition and/or instruction set forth above may, in whole or in part, be reiterated in a particular document request or that a particular document request may incorporate supplemental definitions.

4

## REQUESTS FOR PRODUCTION

1.     Any and all Medica insurance policies related to the Medical Services and Accounts discussed in paragraphs 13 through 100 of the Complaint.

2.     Any and all documents and communications related to the provision of Medical Services for the Accounts discussed in paragraphs 13 through 100 of the Complaint.

3.     Any and all documents and communications relating to Medica's denial of coverage for the Medical Services as discussed in paragraphs 13 through 100 of the Complaint.

4.     Any and all documents and communications relating to Medica's authorization for the provision of Medical Services for the Accounts discussed in paragraphs 13 through 100 of the Complaint.

5.     Any and all documents and communications concerning Medica's approval, partial approval, or denial of claims for reimbursement submitted by the Hospitals for the provision of Medical Services discussed in paragraphs 13 through 100 of the Complaint.

6.     Any and all documents and communications concerning your approval, partial approval, or denial of the Hospitals' appeals of those claims for reimbursement associated with the Medical Services discussed in paragraphs 13 through 100 of the Complaint.

5

***VERIFIED RETURN OF SERVICE***

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

BAPTIST HOSPITAL; etc.; et al.
                    (Plaintiff)

          vs                                    CASE: 2018-038504CA-01

MEDICA HEALTH CARE PLANS, INC.
                    (Defendant)                 SUMMONS/COMPLAINT

  AT THE REQUEST OF:

          ISICOFF,RAGATZ...
          601 BRICKELL KEY DRIVE SUITE 750
          MIAMI, FL, 33131
          ATTN.LINES, MATTHEW L.

I, JOE MARKER received this process on 11/27/2018 at 8:00 AM
and on this day 11/28/2018 at 12:35PM to:
                    MEDICA HEALTH CARE PLANS, INC.
                    1200 SOUTH PINE ISLAND ROAD
                    PLANTATION, FL  33324

CORPORATE SERVICE was executed by serving a copy of this writ and or a
copy of Plaintiff's initial pleading to the Party named below or any
employee of Defendant's Corporation in the absence of any superior as
defined in the Florida Statute 48.081(3)(a)(b) when Defendant's
Corporation does not keep a registered agent present as required
by Florida Statute Section 48.091.

          DONNA MOCH - CT CORP. SYSTEM REGISTERED AGENT
Comments:

  I acknowledge that I have no interest in this action.
  I acknowledge that I am a Process Server in good
  standing in the jurisdiction which the Defendent was served.

  Under penalty of perjury, I declare that I have read the forgoing
  Verified Return Of Service and that the facts stated are true to the
  best of my knowledge.
                              _____
  Process Server Name:        JOE MARKER ID NO.: 613

  REFERENCE: CC1875235-045-DBSS   AFFIDAVIT DATE: December  3, 2018

Notary not required pursuant      CROSS COUNTY INVESTIGATIVE SERVICES, INC
to F.S. 92.525                    P.O. BOX 245715
                                  PEMBROKE PINES, FL. 33024
                                  954-963-7751

Filing # 80947758 E-Filed 11/16/2018 05:09:25 PM

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CIVIL    ☐ OTHER<br>☐ DISTRICTS | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2018-038504-CA-01 |
|---|---|---|
| PLAINTIFF(S)<br>BAPTIST HOSPITAL OF MIAMI, INC.,<br>DOCTORS HOSPITAL, INC.,<br>HOMESTEAD HOSPITAL, INC.,<br>SOUTH MIAMI HOSPITAL, INC., and<br>WEST KENDALL BAPTIST HOSPITAL, INC. | VS.  DEFENDANT(S)<br>MEDICA HEALTH CARE PLANS, INC. | SERVICE |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ Medica Health Care Plans, Inc.

_____ By Serving its Registered Agent: CT Corporation System

_____ 1200 South Pine Island Road

_____ Plantation, FL 33324

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____ Matthew L. Lines

_____ Isicoff Ragatz

whose address is: _____ 601 Brickell Key Drive, Suite 750

_____ Miami, FL 33131

within 20 days.* **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days.*** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK of Courts | DEPUTY CLERK | DATE<br>11/20/2018 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 02/16

CROSS COUNTY    954.963.7751

CCIS@BELLSOUTH.NET

Clerk's web address: www.miami-dadeclerk.com

Filing # 81957680 E-Filed 12/11/2018 03:23:54 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.  18-038504 CA 01 (06)

BAPTIST HOSPITAL OF MIAMI, INC.,
et al.,

      Plaintiffs,

vs.

MEDICA HEALTH CARE PLANS, INC.,

      Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY
## AND SECONDARY E-MAIL ADDRESSES

Sandra L. Heller, Esq., Gera R. Peoples, Esq., and Irene Bassel Frick, Esq., of the law

firm of Akerman LLP, hereby give notice of their appearance as counsel on behalf of Defendant

Medica Health Care Plans, Inc., and request that copies of all documents filed or served in this

matter be served on them via CM/ECF or at the address listed below, as appropriate.

In compliance with Rule 2.516(b)(1), Akerman LLP hereby designates the following

primary and secondary e-mail addresses:

      Primary E-mail:      sandra.heller@akerman.com
      Secondary E-mail:  magda.cabra@akerman.com

      Primary E-mail:      gera.peoples@akerman.com
      Secondary E-mail:  jill.parnes@akerman.com

      Primary E-mail:      irene.bassel@akerman.com
      Secondary E-mail:  nicole.emmett@akerman.com

47225830;1

Respectfully submitted,

**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida  33301
Telephone:  (954) 463-2700

By: /s/Gera R. Peoples, Esq.
    **Sandra L. Heller, Esq.**
    Florida Bar No. 037055
    sandra.heller@akerman.com
    magda.cabra@akerman.com
    **Gera R. Peoples, Esq.**
    Florida Bar No. 450022
    gera.peoples@akerman.com
    jill.parnes@akerman.com

and

**Irene Bassel Frick, Esq.**
irene.bassel@akerman.com
nicole.emmett@akerman.com
**AKERMAN LLP**
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone:  (813) 223-7333

*Counsel for Defendant*
*Medica Health Care Plans, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify this document was filed with the State E-filing Portal and served via the Court's E-filing Portal on this 11th day of December, 2018 to:

Eric . Isicoff, Esq.
isicoff@irlaw.com
Matthew L. Lines, Esq.
lines@irlaw.com
Jordan Isicoff, Esq.
Jordan@irlaw.com
Christopher A. Ajizian, Esq.
Ajizian@irlaw.com
**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Telephone: (305) 373-3232

47225830;1